# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1334**
**CA 15-00289**
PRESENT: SCUDDER, P.J., SMITH, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

JUSTIN COFFEE, PLAINTIFF-RESPONDENT,

V                                                                ORDER

TANK INDUSTRY CONSULTANTS, INC.,
DEFENDANT-APPELLANT,
AND WORLDWIDE INDUSTRIES CORP., DEFENDANT.
-------------------------------------------
WORLDWIDE INDUSTRIES CORP., THIRD-PARTY
PLAINTIFF,

V

CDK INDUSTRIES, INC., THIRD-PARTY DEFENDANT.
(APPEAL NO. 1.)

---

SUGARMAN LAW FIRM, LLP, SYRACUSE (STEPHEN A. DAVOLI OF COUNSEL), FOR DEFENDANT-APPELLANT.

STANLEY LAW OFFICES, LLP, SYRACUSE (ROBERT A. QUATTROCCI OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 23, 2014. The order denied the motion of defendant Tank Industry Consultants, Inc. for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on September 28, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  December 23, 2015                    Frances E. Cafarell
                                               Clerk of the Court